

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 22, 2026

**Via ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Romaine Thomas v. United States of America et al.*, 25 Civ. 4276 (JLR)

Dear Judge Rochon:

This Office represents the United States (the "Government") in connection with Plaintiff Romaine Thomas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act.  I write respectfully to request an adjournment of the mediation scheduled for January 30,2026 pursuant to the Court's Mediation Referral Order for Personal Injury Cases, until after the conclusion of fact discovery.  ECF No. 19.

The undersigned conferred extensively with agency counsel regarding the possibility of discussing potential settlement at this stage of the litigation.  After assessing the available information, the Government believes that mediation would not be fruitful at this time, and  that settlement discussions would be more productive after the parties have had an opportunity to develop a more robust factual record through discovery.  Accordingly, the Government respectfully proposes that the parties 1) submit a proposed Case Management Plan; and 2) adjourn mediation until after the close of fact discovery.   This is the Government's first request for an adjournment, and Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Request GRANTED.  The parties' mediation conference is hereby adjourned. The parties shall appear for an initial pretrial conference on February 25, 2026, at 11:30 a.m., and shall file a joint letter in accordance with the Court's previous order, Dkt. 6.  The Clerk of Court is respectfully directed to close the motion at Dkt. 20.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ *Kamika S. Shaw*
Kamika S. Shaw
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2768

Dated: January 23, 2026
       New York, New York

SO ORDERED.

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)