

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 20, 2026

**Via ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Romaine Thomas v. United States of America et al.*, 25 Civ. 4276 (JLR)

Dear Judge Rochon:

  This Office represents the United States (the "Government") in connection with Plaintiff Romaine Thomas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act. I write respectfully to request an adjournment of the initial pretrial conference scheduled for February 25, 2026. ECF No. 21.

  The undersigned requests this adjournment due to a personal conflict that cannot be moved. In light of this and other scheduling conflicts for Plaintiff's counsel, the parties respectfully request that a 30-day adjournment of the initial pretrial conference.[1] This is the Government's first request for an adjournment, and Plaintiff consents to this request.

  I thank the Court for its consideration of this request.

Request GRANTED. The initial pretrial conference, currently scheduled for February 25, 2026, shall be held March 25, 2026, at 12:00 p.m. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 22.

        Respectfully,

        JAY CLAYTON
        United States Attorney

By:  /s/ *Kamika S. Shaw*
    Kamika S. Shaw
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2768
    Email: Kamika.Shaw@usdoj.gov

Dated: February 24, 2026
   New York, New York
 **SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

---

[1] The undersigned understands that Plaintiff's counsel recently had a baby and is working on a reduced scheduled.

cc: Plaintiff's counsel (via ECF)