

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 29, 2026

**Via ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

<span style="color:blue">Request GRANTED.  To the extent mediation has been scheduled in this matter, it shall be adjourned to September 2026, after fact discovery and on a date convenient to the parties and the mediator.</span>

<span style="color:blue">**SO ORDERED.**</span>

<span style="color:blue">Dated: June 30, 2026
New York, New York</span>

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:     ***Romaine Thomas v. United States of America et al.*, 25 Civ. 4276 (JLR)**

Dear Judge Rochon:

This Office represents the United States of America (the "Government") in connection with Plaintiff Romaine Thomas's ("Plaintiff") claims brought pursuant to the Federal Tort Claims Act.  I write respectfully to request an adjournment of the mediation ordered to take place in June 2026 pursuant to the Court's Mediation Referral Order for Personal Injury Cases, until after the conclusion of fact discovery.  ECF No. 27.

The undersigned has conferred extensively with agency counsel regarding the possibility of settlement at this juncture, and the Government believes it needs a more robust factual record before it can engage in meaningful settlement discussions.  The Government issued discovery requests to Plaintiff on May 14, 2026, and requested potential dates for his deposition.  To date, Plaintiff has not responded.  The Government believes that the requested discovery, including consent forms required to obtain Plaintiff's medical records from before the alleged motor vehicle accident, would help it assess the possibility of settlement.  Accordingly, the Government respectfully requests that the Court postpone mediation until after the close of fact discovery to allow the Government to obtain discovery.  This is the Government's second request for an adjournment of this deadline, and Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:     \_\_\_\_/s/ *Kamika S. Shaw*_____
Kamika S. Shaw
Assistant United States Attorney
Tel.: (212) 637-2768
Email: Kamika.Shaw@usdoj.gov

cc: Plaintiff's counsel (via ECF)