UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAINE THOMAS,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

Case No. 1:25-cv-04276 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons set forth on the record on September 1, 2026, by **September 11, 2026**, Plaintiff shall provide Defendant HIPAA authorizations for any records reflecting treatment Plaintiff received from — *and any complaints Plaintiff made to* — any doctor or medical professional concerning his back (or spine), neck, shoulder, or knee. The parties shall confer and agree upon a list of doctors and other medical professionals in Plaintiff's medical history who should be excluded from this order because they could not possibly have documentation of (or other information regarding) Plaintiff's treatment for or complaints about those body parts; to the extent the parties cannot so agree, they may seek relief from the Court.

Dated: September 1, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge